B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Artecity Park LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0966068** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**435 21st Street**<br>**Office No, 2**<br>**Miami Beach, FL**                ZIP Code **33139** | Street Address of Joint Debtor (No. and Street, City, and State):                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Miami-Dade** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **2150 Washington Court**<br>**Miami Beach, FL 33139** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(4/10) | Page 2 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Artecity Park LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Artecity Park LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Thomas R. Lehman, P.A.**
Signature of Attorney for Debtor(s)

**Thomas R. Lehman, P.A. 351318**
Printed Name of Attorney for Debtor(s)

**Levine Kellogg Lehman Schneider + Grossman LLP**
Firm Name

**201 South Biscayne Boulevard**
**34th Floor**
**Miami, FL 33131-4301**
Address

Email: trl@LKLlaw.com
**305-403-8788  Fax: 305-403-8789**
Telephone Number

**July 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Claudio Benedetti, as Managing Member of Artecity Management**
Signature of Authorized Individual

**Claudio Benedetti, as Managing Member of Artecity Management**
Printed Name of Authorized Individual

**LLC, as Manager of Aretcity Park LLC**
Title of Authorized Individual

**July 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Artecity Park LLC**
                Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Allied Barton<br>Eight Tower Bridge<br>161 Washington Street, Suite 600<br>Cedars, PA 19423 | Allied Barton<br>Eight Tower Bridge<br>161 Washington Street, Suite 600<br>Cedars, PA 19423 | Construction | Disputed | 15,964.63 |
| Alta Management Inc.<br>3425 SW 128tb Avenue<br>Miami, FL 33175 | Alta Management Inc.<br>3425 SW 128tb Avenue<br>Miami, FL 33175 | Construction | Disputed | 20,000.00 |
| Alufab Inc.<br>13000 N.W. 38th Avenue<br>Opa Locka, FL 33054 | Alufab Inc.<br>13000 N.W. 38th Avenue<br>Opa Locka, FL 33054 | Construction | Disputed | 41,768.03 |
| Arquitectonica<br>801 Brickell Avenue<br>Suite 1100<br>Miami, FL 33131 | Arquitectonica<br>801 Brickell Avenue<br>Suite 1100<br>Miami, FL 33131 | Architectual and engineering | Disputed | 67,504.99 |
| Aurora Plumbing Corp<br>3555 N.W. 52nd Street<br>Miami, FL 33142 | Aurora Plumbing Corp<br>3555 N.W. 52nd Street<br>Miami, FL 33142 | Construction | Disputed | 83,013.90 |
| Barrios Air Conditioning Inc.<br>3461 N.W. 48th Street<br>Miami, FL 33142 | Barrios Air Conditioning Inc.<br>3461 N.W. 48th Street<br>Miami, FL 33142 | Construction | Disputed | 69,947.98 |
| Exico Group Inc.<br>4210 S.W. 56 Avenue<br>Fort Lauderdale, FL 33314 | Exico Group Inc.<br>4210 S.W. 56 Avenue<br>Fort Lauderdale, FL 33314 | Construction | Disputed | 42,506.45 |
| Fix it Fire Protection<br>813 S.W. 16 Court<br>Fort Lauderdale, FL 33315 | Fix it Fire Protection<br>813 S.W. 16 Court<br>Fort Lauderdale, FL 33315 | Construction | Disputed | 16,682.26 |
| Glasswall LLC<br>3550 N.W. 49 Street<br>Miami, FL 33142 | Glasswall LLC<br>3550 N.W. 49 Street<br>Miami, FL 33142 | Construction | Disputed | 46,266.18 |
| Greenberg Traurig PA<br>450 South Orand Avenue<br>Suite 650<br>Orlando, FL 32801 | Greenberg Traurig PA<br>450 South Orand Avenue<br>Suite 650<br>Orlando, FL 32801 | Litigation | Disputed | 20,897.08 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Artecity Park LLC**  
　　　　　　　　　　Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Interior Production Masters Inc.** 20044 N.W. 64 Place Hialeah, FL 33015 | Interior Production Masters Inc. 20044 N.W. 64 Place Hialeah, FL 33015 | Construction | Disputed | 25,879.44 |
| **Leiter Perez & Associates Inc** 160 N.W, 176 Street Suite 403 Miami, FL 33159 | Leiter Perez & Associates Inc 160 N.W, 176 Street Suite 403 Miami, FL 33159 | Construction | | 14,425.00 |
| **OJ Painting & Waterproofing Co.** 8571 S.W. 27 Terrace Miami, FL 33155 | OJ Painting & Waterproofing Co. 8571 S.W. 27 Terrace Miami, FL 33155 | Construction | Disputed | 26,130.00 |
| **Otis Elevator** 16200 N.W. 59 Avenue Suite 109 Hialeah, FL 33014 | Otis Elevator 16200 N.W. 59 Avenue Suite 109 Hialeah, FL 33014 | Construction | | 65,432.20 |
| **Photo Iron Works Corp** 2155 West 10 Court Hialeah, FL 33010 | Photo Iron Works Corp 2155 West 10 Court Hialeah, FL 33010 | Construction | Disputed | 24,437.25 |
| **Prestige Roofing** 7216 SW 8 Street Suite 5 Miami, FL 33144 | Prestige Roofing 7216 SW 8 Street Suite 5 Miami, FL 33144 | Construction | Disputed | 28,975.00 |
| **R & D Electric Inc.** 7311 N.W. 12 Street Suite 27 Miami, FL 33126 | R & D Electric Inc. 7311 N.W. 12 Street Suite 27 Miami, FL 33126 | Construction | Disputed | 163,269.12 |
| **Sunnyhouses Cons LC** 1510 Bay Road Suite 302 Miami Beach, FL 33139 | Sunnyhouses Cons LC 1510 Bay Road Suite 302 Miami Beach, FL 33139 | Development Overhead | | 30,000.00 |
| **The Property Network** 350 Ocean Drive Miami Beach, FL 33139 | The Property Network 350 Ocean Drive Miami Beach, FL 33139 | Development Overhead | | 20,000.00 |
| **Tramont Guerra & Nunez PA** 255 Alhambra Circle Suite 1150 Miami, FL 33134 | Tramont Guerra & Nunez PA 255 Alhambra Circle Suite 1150 Miami, FL 33134 | Legal and accounting | | 16,972.11 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Artecity Park LLC**                                    Case No.
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the LLC, as Manager of Aretcity Park LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **July 27, 2010**              Signature  **/s/ Claudio Benedetti, as Managing Member of Artecity Management**
                                                **Claudio Benedetti, as Managing Member of Artecity Management LLC, as Manager of Aretcity Park LLC**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

A Aabascus General Construction Services
1521 Alton Road
Suite 339B
Miami Beach, FL 33139

Adonel Cmncrt. Prmpg. & Fin. of S.FL
P.O. Box 226950
Miami, FL 33222-6950

Adriana Dominguez
76 Deercreek Drive
Basking Ridge, NJ 07920

Aerial Photography Inc,
618 N.E. 26th Street
Fort Lauderdale, FL 33305

Agosto Sciandri
1030 N. Kenter Avenue
Los Angeles, CA 90049

Alan Schechner & Greg Chakalin
3305 Campus Boulevard NE
Albuquerque, NM 87106

Alberto Boniver
Italian Embassy in Nicaragua De La
Rotonda El
Managua Nicaragua

Alla & Alexander Kuzuerio
425 Ronnie Drive
Buffalo Grove, IL 60089

Allied Barton
Eight Tower Bridge
161 Washington Street, Suite 600
Cedars, PA 19423

Alta Management Inc.
3425 SW 128tb Avenue
Miami, FL 33175

```
Alufab Inc.
13000 N.W. 38th Avenue
Opa Locka, FL 33054


Anthony Condi
77 West 24 Street
Apt 76
New York, NY 10010


Antonella Bacchelli
5840 La Gorce Drive
Miami Beach, FL 33140


Arquitectonica
801 Brickell Avenue
Suite 1100
Miami, FL 33131


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Aurora Plumbing Corp
3555 N.W. 52nd Street
Miami, FL 33142


Awe Realty #10/Gary Weiner
2142 Bay Avenue
Miami Beach, FL 33140


B. Louis St. Clair & Sharon St. Clair
6301 Lake Patricia Drive
Hialeah, FL 33014


Barrios Air Conditioning Inc.
3461 N.W. 48th Street
Miami, FL 33142


Benina LLC / Ben Fradlin
22 Stream Court
Owings Mills, MD 21117
```

Berman Rennert Vogel & Mandler PA
100 S.E. Second Street
Suite 2900
Miami, FL 33131


Bill Liberato
1528 Green Hill Circle
Berwyn, PA 19312


Buildtech Group Inc
119 Wasington Avenue
Suite 101
Miami Beach, FL 33139


Carlo Zufetti
Via Vincenzo Monti N 47
Milano Italy 20100


Century Plumbing Wholesale Inc
901 S.W. 69th Avenue
Miami, FL 33144


Claudio Benedetti
1510 Bay Road
Apt. #302
Miami Beach, FL 33139


Corus Construction Venture LLC
175 West Jackson Boulevard
Suite 540
Chicago, IL 60604


Creative Carget Concepts
7310 S.W. 45th Street
Miami, FL 33155


De la Cruz & Cutler, c/o Marat Safin
Attn:  Luis F. De la Cruz
2 Alhmabra Plaza PH2C
Miami, FL 33134


Donovan Chin
3052 Orange Street
Miami, FL 33133

Drasa Installer Kitchen Inc.  
9040 Collins Avenue, #11  
Miami Beach, FL 33154


Dream Construction Services Inc.  
6421 S.W. 16th Street  
Pompano Beach, FL 33068


Edward DeCaso  
1001 Brickell Bay Drive  
Apt 2904  
Miami, FL 33131


Ends in an A Real Estate LLC/M. Picarell  
221 Barton Avenue  
Melville, NY 11747


Eraldo Sayles Holding/P. Sayles Williams  
7461 NW 35 Street  
Lauderhill, FL 33319


European Advisors Inc.  
350 Ocean Drive  
Miami Beach, FL 33139


Everglades Lumber & Building Supply  
6991 S.W. 8 Street  
Miami, FL 33144


Exico Group Inc.  
4210 S.W. 56 Avenue  
Fort Lauderdale, FL 33314


Fix it Fire Protection  
813 S.W. 16 Court  
Fort Lauderdale, FL 33315


FPL  
P.O. Box 025576  
Miami, FL 33102


Glasswall LLC  
3550 N.W. 49 Street  
Miami, FL 33142

Greenberg Traurig PA
450 South Orand Avenue
Suite 650
Orlando, FL 32801


Halina Pilat
513 N. Rose Avenue
Park Ridge, IL 60068


Howard Lawrence Mann
119 Liverpool Road
London England N10RG


Hurricane Enterprises, Massimo Barracca
2900 Praire Avenue
Miami Beach, FL 33140


Hurricane Enterprises/Massimo Barracca
2900 Praire Avenue
Miami Beach, FL 33140


InSource Inc.
9500 South Dadeland Boulevard
Suite 2009
Miami, FL 33256


Interior Production Masters Inc.
20044 N.W. 64 Place
Hialeah, FL 33015


Ipina Painting Inc.
12540 West Randall Park Drive
Miami, FL 33167


James Milana
702 Foch Boulevard
Williston Park, NY 11596


Jay Garcia & Joanna Bandurski
5150 Old Plum Grove Road
Palatine, IL 60067


Joaquin Cava c/o Boston Consulting Group
Alcala 95
Madrid Spain 28009

Leiter Perez & Associates Inc
160 N.W, 176 Street
Suite 403
Miami, FL 33159


Llauruss, LLC/ Johana Sanchez
1500 Bay Road
Apt. 738
Miami Beach, FL 33139


Marat Safin
7 Avenue Saint Roman
Monaco Monte Carlo


Marco, Susanna, Angela & Barbara Civoli
Via Della Fondella 12
Prato Italy 59100


Marina & Gennadly Itingen
240-58 65 Avenue
Little Neck, NY 11362


Maritana & Dimitri Polyak
161 Oxford Street
Brooklyn, NY 11235


Meland Russin & Budwick PA
3000 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131


Michael & Elizabeth Shneyerson
80 Brighton First Road
Apt 17E
Brooklyn, NY 11235


Michael & Laura Franklin & Ella Leitner
1849 South Ocean Drive
Apt. 1115
Hallandale, FL 33009


Natela Bouzoukachvili
65-42 66 Avenue
Rego Park, NY 11374

```
Navigant Consulting
4511 Paysphere Circle
Chicago, IL 60674


OJ Painting & Waterproofing Co.
8571 S.W. 27 Terrace
Miami, FL 33155


One Step Express
4207 Grant Street
Hollywood, FL 33021


Otis Elevator
16200 N.W. 59 Avenue
Suite 109
Hialeah, FL 33014


Pamela R. Mayer & Douglas Greenberg
2301 Collins Avenue
Apt. 1541
Miami Beach, FL 33139


Paraiso Plaster Inc.
1027 S.W. 128 Avenue
Miami, FL 33184


Photo Iron Works Corp
2155 West 10 Court
Hialeah, FL 33010


Piero Salussolia PA
1410  20 Street
Suite 214
Miami Beach, FL 33139


Pistorino & Alarm Consulting Engineers
7171 S.W. 62 Avenue
Miami, FL 33143-4723


PoolTech of Miami Inc.
9002 S,.W, 40 Street
Miami, FL 33165
```

Prestige Roofing
7216 SW 8 Street
Suite 5
Miami, FL 33144


R & D Electric Inc.
7311 N.W. 12 Street
Suite 27
Miami, FL 33126


Richard Vasquez
345 Ocean Drive
Apt 904
Miami Beach, FL 33139


Robert's Carpentry
441 West 28 Street
Hialeah, FL 33010


Roger Professional Tile Inc.
2121 N.W. 23 Street
Miami, FL 33142


RPM & T Enterprises
2121 N.W. 23 Street
Miami, FL 33142


Salvatore Musarra
3 Brittany Drive
Colts Neck, NJ 07722


Sergio Frangipani
3600 Mystic Point Drive
Apt. 308
Miami, FL 33180


Sheneka Griffin
2421 First St. NW
Washington, DC 20001


Soares Da Costa
7270 N.W. 12 Street
Suite 860
Miami, FL 33126

Sunnyhouses Cons LC
1510 Bay Road
Suite 302
Miami Beach, FL 33139


The Property Network
350 Ocean Drive
Miami Beach, FL 33139


Thomas Milana
338 Elwood Road
East Northport, NY 11731


Thomas P. Jermyn
320 West 119 Street
New York, NY 10028


Todd Alderton
702 Foch Boulevard
Williston Park, NY 11596


Tramont Guerra & Nunez PA
255 Alhambra Circle
Suite 1150
Miami, FL 33134


Tropical Moulding LLC
6901 N.W. 87 Avenue
Miami, FL 33179


Tyson Ballou
391 Deab Street
Apt. 1D
Brooklyn, NY 11217


United Site Services
3506  81 Court East
Bradenton, FL 34211


US Chutes Corp
607 Bantam Road
Bantam, CT 06750

```
Welcome USA of Florida Inc
300 Sevilla Avenue
Suite 305
Miami, FL 33134


William D. Eichman & Michael Yount
419 East 57 Street
Apt 11-F
New York, NY 10022


William Schild
2035 Filbert Street
Apt. 106
San Francisco, CA 94123


Zoya Ezergail
9401 Collins Avenue
Apt. 1205
Miami Beach, FL 33154
```